UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ANGELA RAETHER, | : | |
| | : | |
| Plaintiff, | : | Case No. Case No. 2:17-cv-00280 |
| | : | |
| v. | : | Judge Algenon L. Marbley |
| | : | |
| BRAVO BRIO RESTAURANT GROUP, INC., | : | |
| | : | |
| | : | |
| Defendant. | : | |

**[PROPOSED] ORDER GRANTING JOINT MOTION FOR LEAVE TO FILE MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT, WITH ATTACHED CONFIDENTIAL SETTLEMENT AGREEMENT AND GENERAL RELEASE, UNDER SEAL**

This matter comes before the Court on the Parties' Joint Motion For Leave To File Motion For Approval of Settlement Agreement, With Attached Confidential Settlement Agreement and Release, Under Seal. For good cause shown, the Motion is hereby GRANTED. The Joint Motion for Approval of Settlement Agreement, and Confidential Settlement Agreement and General Release, shall be filed under seal.

It is SO ORDERED.

_____        _____
Date                                                                  UNITED STATES DISTRICT JUDGE