UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ANGELA RAETHER, | : |
| Plaintiff, | : Case No. Case No. 2:17-cv-00280 |
| v. | : Judge Algenon L. Marbley |
| BRAVO BRIO RESTAURANT GROUP, INC., | : |
| Defendant. | : |

### ORDER GRANTING JOINT MOTION TO APPROVE CONFIDENTIAL SETTLEMENT AGREEMENT AND TO DISMISS ACTION WITH PREJUDICE

THIS MATTER came before the Court upon the Parties' Joint Motion to Approve Confidential Settlement Agreement and Release Filed Under Seal. The Court having review the Joint Motion and being fully advised in the premises, hereby

ORDERS and ADJUDGES as follows:

1. The Court finds that the settlement agreement is a fair and reasonable resolution of a bona fide dispute over the wage claims raised in this case.

2. The Court finds that the award of attorneys' fees in the settlement agreement is reasonable.

3. The Court approves the settlement of this case.

4. This case is DISMISSED with prejudice, with each party to bear its own attorneys' fees and costs, except as otherwise agreed between the parties in the settlement agreement.

It is SO ORDERED.

Sept. 29, 2017
Date

_____
UNITED STATES DISTRICT JUDGE